IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| KELLEY LYNN JENT ) | CASE NO: 20-06818-JJG13 |
| JENNIFER ANN RAMSEY ) | |
|     Debtor(s) ) | |

| | |
|---|---|
| KELLEY LYNN JENT | Adversary Proc. No. _____ |
| JENNIFER ANN RAMSEY | |
|     Plaintiff, | |
| | |
| vs. | |
| | |
| REAL TIME RESOLUTIONS, INC. | |
|     Defendant. | |

### COMPLAINT TO AVOID WHOLLY UNSECURED MORTGAGE

### Introduction

1. This is an action to move the Court, pursuant to 11 U.S.C. 1322(b), to avoid the wholly unsecured mortgage of Real Time Resolutions, Inc. (hereafter "Real Time") on the following real property commonly known as:

2789 West 900 South, Pendleton IN 46064
Legal Description:

Commencing at a point on the North line of Section 34, Township 18 North, Range 7 East, said point being 1498 feet West of the Northeast corner of the Northwest quarter of Section 34, and running thence South 216.5 feet, thence West 100 feet, thence North 216.5 feet to the North line of Section 34, thence East 100 feet to the place of beginning; being a part of the North-half of the Northwest quarter of said Section 34, containing 0.497 acre, more or less.

### Parties

2. The Debtors are natural person residing in the City of Anderson, County of Madison, State of Indiana, and also Debtors pursuant to the provisions of Chapter 13 of Title 11 of the United States Code.

3. The Debtors are consumers and debtors as those terms are defined under applicable Federal and State statutes.

4. Real Time, which maintains a place of business, which to the best of Debtor's knowledge and belief is its principal place of business, at POB 1259 Oaks PA 19456 and is listed as a creditor on Schedule "D".

## Facts

5. That Debtors filed a case on December 16, 2020 - referred to as the "Petition Date."

6. The Creditor/Defendant, Real Time obtained an assignment of this mortgage, which recorded in 2005.

7. The value of the Property as of the Petition Date is $115,000.

8. That the total amount of the lien held by first mortgage holder Wells Fargo Bank is $117,065.58.

9. That the Defendant's mortgage claim amount is $25,000.00.

10. That Defendant's mortgage is wholly unsecured and is subject to avoidance under 11 U.S.C. 1322(b).

11. To the extent of the non-bankruptcy claims for relief, this matter is a core proceeding and the Debtors consent to the entry of a final order in this case by the Bankruptcy Judge.

WHEREFORE, the Debtors respectfully prays that, after notice and hearing as may be required, this Court enter an Order stripping said second mortgage as a lien against debtor's real property located at 2789 West 900 South, Pendleton IN 46064 and converting the underlying debt to an unsecured claim herein, and for all other proper relief.

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg
Attorney for Debtors/Plaintiffs
Mark Z. Zuckerberg, #13815-49
Bankruptcy Office of Mark S. Zuckerberg
429 N. Pennsylvania St., Suite 100
Indianapolis, IN  46204
Phone: 317-687-0000
Fax: 317.687.5151
filings@mszlaw.com